333 A.2d 845
**Maryann Magdelene TANTALA**

v.

**Richard Anthony TANTALA, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 13, 1975.

Decided March 18, 1975.

Michael J. Pepe, Jr., Philadelphia, for appellant.

Raymond J. Takiff, Philadelphia, Goldsmith & Takiff, Philadelphia, for appellee, Maryann Magdelene Tantala.

Before JONES, C. J. and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

Appeal dismissed 313 A.2d 350 as improvidently granted.

NIX, J., dissents.